983 So.2d 898 (2008)
POSSUM POINT PROPERTIES, L.L.C.
v.
R. Scott RAMSEY, Jr., Marc Christian Ramsey and Maple Bayou Hunting Club, Inc.
No. 2008-CC-0715.
Supreme Court of Louisiana.
May 30, 2008.
In re Maple Bayou Hunting Club Inc.; Maple Bayou Hunting Properties Inc.;  Defendant(s); Applying for Supervisory and/or Remedial Writs, Parish of St. Mary, 16th Judicial District Court Div. E, No. 112766-E; to the Court of Appeal, First Circuit, No. 2007 CW 2304.
Denied.